

LAW OFFICE OF
GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

February 12, 2025

Hon. Judge Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    **AUSTIN v. HINOMARU, INC., et al.**
        **DOCKET NO. 1:24-cv-7998**

Dear Judge Caproni:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for February 21st. This request is made jointly by the parties.

To date, the parties have engaged in meaningful settlement discussions but have not yet reached mutually agreeable terms. Additionally, while discussions have taken place, the parties have not yet completed the pre-settlement conference submission required by the Court. Furthermore, the defendant has been unavailable, and the parties are awaiting his return to continue discussions.

Accordingly, the undersigned respectfully requests a 30-day adjournment of the initial conference to allow the parties additional time to pursue settlement discussions and complete the required pre-conference submissions.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy